IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH THOMAS**, | Civil Action No. 02-CV-4587 |
| Plaintiff, | |
| v. | |
| **EQUIFAX INFORMATION SERVICES, LLC**, and **EQUIFAX, INC.**, and **McCOY FEDERAL CREDIT UNION**, and **HOLLOWAY CREDIT BUREAU COMPANIES**, | |
| Defendants. | |

**ENTRY OF APPEARANCE**

JURY TRIAL DEMANDED
**FEE PERFECTED**

TO THE PROTHONOTARY:

Kindly enter the appearance of Butler Buchanan, III, Esquire and Andrew M. Schwartz, Esquire, as counsel on behalf of Defendant, Holloway Credit Bureau Companies, in the above-captioned matter.

**MARSHALL, DENNEHEY, WARNER, COLEMAN AND GOGGIN**

BY: _____
BUTLER BUCHANAN, III, ESQUIRE,
ANDREW M. SCHWARTZ, ESQUIRE,
Attorney for Defendant, Holloway Credit Bureau Companies

1845 Walnut Street
Philadelphia, PA  19103
215-575-2661/2765