IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSEPH THOMAS,** : | |
| : | |
| **Plaintiff,** : | |
| : | CIVIL ACTION NO. 02-CV-4587 |
| v. : | |
| : | |
| **EQUIFAX INFORMATION SERVICES** : | |
| **LLC; EQUIFAX, INC.; MCCOY** : | |
| **FEDERAL CREDIT UNION and** : | |
| **HOLLOWAY CREDIT BUREAU,** : | |
| : | |
| **Defendants.** : | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

      Kindly enter the appearance of John K. Semler, Jr., Esquire as counsel for defendant McCoy Federal Credit Union.

                BALLARD SPAHR ANDREWS & INGERSOLL, LLP

                By: _____
                      John K. Semler, Jr., Esquire
                      1735 Market Street, 51st Floor
                      Philadelphia, PA  19103-7599
                      215-864-8121
                      215-864-9283 (Fax)

Dated:  September 24, 2002

## **CERTIFICATE OF SERVICE**

I, John K. Semler, Jr., Esquire hereby certify that I have caused a true and correct copy of the Entry of Appearance to be served this date, by first class mail, upon:

> Mark Mailman, Esquire
> Francis & Mailman, P.C.
> Land Title Building, 19th Floor
> Philadelphia, PA  19110

Dated:  September 24, 2002                    _____
                                                                                John K. Semler, Jr.