IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH THOMAS, | ) | |
| | ) | Civil Action No.  02 CV4587 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EQUIFAX CREDIT INFORMATION SERVICES, | ) | |
| EQUIFAX, INC., MCCOY FEDERAL CREDIT | ) | |
| UNION, and HOLLOWAY CREDIT BUREAU | ) | |
| COMPANIES | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

NOW COMES Defendants Equifax Information Services, L.L.C. and Equifax, Inc., by their undersigned counsel, Catherine Olanich Raymond, Esq., and hereby move for the admission and appearance in this case of co-counsel, Lewis P. Perling *Pro Hac Vice*.  Mr. Perling is a member in good standing of the Bar of the State of Georgia and admitted to practice in the highest court of Georgia.  In addition, he is of good moral character and professional reputation.  Mr. Perling agrees to abide by the ethical standards governing the practice of law in this Court.  An Affidavit of Mr. Perling in support hereof is attached hereto.

Respectfully submitted this _____ day of January, 2003.

                                              By: _____
                                              James W. Christie, Esq.
                                              Catherine Olanich Raymond, Esq.
                                              Christie, Pabarue, Mortensen and Young
                                               A Professional Corporation
                                             1880 JFK Boulevard - 10th Floor
                                             Philadelphia, PA  19103
                                             (215) 587-1600

:401125-1

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served a copy of the foregoing MOTION FOR ADMISSION PRO HAC VICE, AFFIDAVIT OF LEWIS P. PERLING and PROPOSED ORDER upon all parties, by causing same to be deposited in the United States Postal Service mail addressed as follows:

James A. Francis, Esq.
Mark D. Mailman, Esq.
Francis & Mailman
1518 Walnut Street, Suite 208
Philadelphia, PA 19102
*Attorney for Plaintiffs*

John K. Semler, Jr., Esq.
Ballard Spahr Andrews & Ingersoll, LLP
Plaza 1000, Suite 500
Main Street
Voorhees, NJ 08043-4636
*Attorney for McCoy Federal Credit Union*

Andrew M. Schwartz, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
1845 Walnut Street
Philadelphia, PA 19103-4797
*Attorney for Holloway Credit Bureau Companies*

Dated:   January _____, 2003.

_____
CATHERINE OLANICH RAYMOND

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH THOMAS, | ) | |
| | ) | Civil Action No. 02 CV4587 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| EQUIFAX CREDIT INFORMATION SERVICES, EQUIFAX, INC., MCCOY FEDERAL CREDIT UNION, and HOLLOWAY CREDIT BUREAU COMPANIES | ) ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER ADMITTING LEWIS P. PERLING *PRO HAC VICE*

It appearing to the Court that Lewis P. Perling, attorney-at-law, declares by affidavit that he meets the requirements for admission *Pro Hac Vice*, and he is in good standing to practice in the State of Georgia.

IT IS HEREBY ORDERED that the Motion for Admission *Pro Hac Vice* of Lewis P. Perling to appear in the United States District Court for the Eastern District of Pennsylvania is hereby granted.

SO ORDERED, this _____ day of _____, 2003.

_____
Judge, United States District Court