IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH THOMAS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EQUIFAX INFORMATION SERVICES, | : | |
| LLC, EQUIFAX, INC., MCCOY | : | |
| FEDERAL CREDIT UNION, and | : | |
| HOLLOWAY CREDIT BUREAU | : | |
| COMPANIES | : | No. 02-4587 |

O R D E R

**AND NOW,** this _____ day of January, 2003, upon consideration of the Motion of defendants Equifax Information Services, LLC and Equifax, Inc. for Admission Pro Hac Vice of Lewis P. Perling, Esquire, **IT IS HEREBY ORDERED** that said Motion is **GRANTED** and Mr. Perling is admitted pro hac vice for the purposes of representing defendants in the litigation of this action.

BY THE COURT:

_____                                   _____
                                              **JAY C. WALDMAN, J.**