IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH THOMAS )<br>)<br>        Plaintiff, )<br>vs. )<br>)<br>EQUIFAX INFORMATION SERVICES, LLC )<br>   and )<br>EQUIFAX, INC. )<br>   and )<br>MCCOY FEDERAL CREDIT UNION )<br>   and )<br>HOLLOWAY CREDIT BUREAU COMPANIES)<br>)<br>        Defendants. )<br>) | Civil Action No. 02-CV-4587 |

**PRAECIPE TO MARK CASE SETTLED, DISCONTINUED AND ENDED AS TO DEFENDANT HOLLOWAY CREDIT BUREAU COMPANIES ONLY**

TO THE CLERK OF COURT:

Please mark the above matter settled, discontinued and ended with prejudice **as to Defendant Holloway Credit Bureau Companies only**.

                                        **FRANCIS & MAILMAN, P.C.**

                              BY:_____
                                JAMES A. FRANCIS, ESQUIRE
                                MARK D. MAILMAN, ESQUIRE
                                Attorneys for Plaintiffs
                                Land Title Building, 19th Floor
                                100 South Broad Street
                                Philadelphia, PA 19110
                                (215) 735-8600

Dated: April 23, 2003