IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH THOMAS ) <br> ) <br> Plaintiff, ) <br> vs. ) <br> ) <br> EQUIFAX INFORMATION SERVICES, LLC ) <br> and ) <br> EQUIFAX, INC. ) <br> and ) <br> MCCOY FEDERAL CREDIT UNION ) <br> and ) <br> HOLLOWAY CREDIT BUREAU COMPANIES) <br> ) <br> Defendants. ) <br> ) | **Civil Action No. 02-CV-4587** |

**PRAECIPE TO MARK CASE SETTLED, DISCONTINUED AND ENDED**

TO THE CLERK OF COURT:

    Please mark the above matter settled, discontinued and ended with prejudice as to all Defendants.

                                          **FRANCIS & MAILMAN, P.C.**


                                BY:_____
                                   JAMES A. FRANCIS, ESQUIRE
                                   MARK D. MAILMAN, ESQUIRE
                                   Attorneys for Plaintiff
                                   Land Title Building, 19th Floor
                                   100 South Broad Street
                                   Philadelphia, PA 19110
                                   (215) 735-8600

Dated: July 28, 2003