IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JOSEPH THOMAS                              :
                                           :          CIVIL ACTION
                                           :
              v.                           :
                                           :
                                           :          NO. 02-CV-4587
EQUIFAX INFORMATION SERVICES,              :
LLC, ET AL.                                :

## O R D E R

      **AND NOW,** this 31st day of July, 2003, counsel having notified the Court that the

above captioned action has been settled, pursuant to the provisions of Rule 41.1(b) of the Local

Rules of Civil Procedure, it is **ORDERED** that this case is **DISMISSED** with prejudice,

pursuant to agreement of counsel without costs.




                                    BY THE COURT:


                                    _____
                                    R. Barclay Surrick, Judge